Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFRAIN ZAMORA,<br><br>Defendant. | No. CR08-36RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Efrain Zamora.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice. The outstanding warrant shall be quashed.

DATED this 20th day of March, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:
/s/ Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney

Order of Dismissal -- 1
U.S. v. Efrain Zamora; CR08-36RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970